Mr. Presiding Justice O'Connor delivered the opinion of the court.

Eva Karon Schur, Inc., appellee, v. Jacob Katz and Mrs. Jacob Katz, appellants. Gen. No. 34,976.

Opinion filed June 22, 1931. Rehearing denied July 6, 1931.
Max Lurie, for appellants. Samuel G. Rautbord, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.